IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARKUS GAFFNEY, on behalf of himself and all others similarly situated, </br></br> Plaintiffs, </br> v. </br></br> STREET CAFES, INC. D/B/A/ NINE Street Kitchen, ABBIGAIL CLARK, KELLIE CLARK, AND RICHARD CLARK, </br></br> Defendants. | Civil Action </br> No. 1:13-cv-0409-RWS </br></br></br></br> JURY TRIAL </br> DEMANDED |

## [Proposed] ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO THE FAIR LABOR STANDARDS ACT WITH PREJUDICE

Upon consideration of the Joint Motion to Approve Settlement Pursuant to the Fair Labor Standards Act submitted by the Parties and all other matters of record, the Court is of the opinion that the settlement should be **APPROVED** as a fair and reasonable resolution of a *bona fide* dispute concerning the Fair Labor Standards Act.

It is, therefore, **ORDERED** that the Parties' Joint Motion to Approve Settlement Pursuant to the Fair Labor Standards Act is **GRANTED**.

The Court will retain jurisdiction of this action to enforce the Parties' Settlement Agreement. At such time as the Parties notify the Court that all

payments have been under the Settlement Agreement, the above-captioned matter will be **DISMISSED WITH PREJUDICE** in its entirety.

SIGNED THIS 24th DAY OF June, 2013.

*[signature]*

The Honorable Judge Richard W. Story
United States District Judge